US00D495939S1

## (12) United States Design Patent
Ping

(10) Patent No.: **US D495,939 S**

(45) Date of Patent: ** **Sep. 14, 2004**

(54) **UTILITY KNIFE**

(75) Inventor: **Qiu Jian Ping**, Hangzhou (CN)

(73) Assignee: **Great Neck Saw Manufacturers, Inc.**, Mineola, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/181,557**

(22) Filed: **May 13, 2003**

(30)     **Foreign Application Priority Data**

Dec. 10, 2002   (CN) ..................................... 02 2 88379

(51) LOC (7) Cl. ................................................... 08-03
(52) U.S. Cl. ...................................................... D8/99
(58) Field of Search .............................. D8/98, 99, 100, D8/105, 107; 30/155, 156, 157, 158, 159, 160, 161, 162, 330

(56)             **References Cited**

**U.S. PATENT DOCUMENTS**

|  |  |  |  |
|---|---|---|---|
| 97,154 A | 11/1869 | Barnard | |
| 493,075 A | 3/1893 | Evertz | |
| 515,045 A | 2/1894 | Bultzingslowen | |
| 584,077 A | 6/1897 | Jackson | |
| 596,096 A | 12/1897 | Watts | |
| 988,068 A | 3/1911 | Beardsley | |
| 1,362,142 A | 12/1920 | Rohrer | |
| 1,444,324 A | 2/1923 | Brooks | |
| 1,706,251 A | 3/1929 | Perry | |
| 2,134,973 A | 11/1938 | Harwell | |
| 2,265,775 A | 12/1941 | McNamara | |
| 2,284,128 A | 5/1942 | Bush | |
| 2,523,575 A | 9/1950 | Kassel | |
| 2,914,850 A | 12/1959 | Kuhnl | |
| 2,980,996 A | 4/1961 | Bernn | |
| 3,306,297 A | 2/1967 | Voorhees | |
| 3,568,315 A | 3/1971 | Smith | |
| 4,017,969 A | 4/1977 | Stonebraker | 30/156 |
| 4,040,181 A | 8/1977 | Johnson | 30/161 |
| 4,261,104 A | 4/1981 | Cuscovitch | 30/330 |
| 4,347,665 A | 9/1982 | Glesser | 30/161 |

|  |  |  |  |
|---|---|---|---|
| 4,442,600 A | 4/1984 | Felix-Salichow | 30/161 |
| 4,570,341 A | 2/1986 | Konneker | 30/161 |
| 4,604,805 A | 8/1986 | Krieger | 30/330 |
| 4,669,188 A | 6/1987 | Evrell | 30/161 |
| 4,719,700 A | 1/1988 | Taylor, Jr. | 30/158 |
| 4,805,303 A | 2/1989 | Gibbs | 30/161 |
| 4,811,486 A | 3/1989 | Cunningham | 30/161 |

(List continued on next page.)

*Primary Examiner*—Philip S. Hyder

(74) *Attorney, Agent, or Firm*—Joseph J. Previto

(57)             **CLAIM**

The ornamental design for a utility knife, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of my new design showing it in an unfolded position.
FIG. 2 is a top view thereof.
FIG. 3 is a side view thereof.
FIG. 4 is a front view thereof.
FIG. 5 is a rear view thereof.
FIG. 6 is a bottom view thereof.
FIG. 7 is another side view thereof.
FIG. 8 is a side view thereof showing it in a partially folded position.
FIG. 9 is a side view thereof showing it in a folded position.
FIG. 10 is a perspective view showing another embodiment of the present invention in an unfolded position.
FIG. 11 is a top view thereof.
FIG. 12 is a side view thereof.
FIG. 13 is a front view thereof.
FIG. 14 is a rear view thereof.
FIG. 15 is a bottom view thereof.
FIG. 16 is another side view thereof.
FIG. 17 is a side view thereof showing it in a partially folded position; and,
FIG. 18 is a side view thereof showing it in a folded position. The broken line showings of the blade are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



*Exhibit C*

## US D495,939 S
### Page 2

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,936,014 A | 6/1990 | Shaanan et al. | 30/162 |
| 5,044,079 A | 9/1991 | Gibbs | 30/160 |
| 5,095,624 A | 3/1992 | Ennis | 30/161 |
| 5,125,157 A | 6/1992 | Howard | 30/123 |
| 5,400,509 A | 3/1995 | Collins | 30/161 |
| D367,599 S * | 3/1996 | Sakai | D8/99 |
| 5,511,310 A | 4/1996 | Sessions | 30/161 |
| D373,062 S * | 8/1996 | Neron | D8/99 |
| D378,489 S * | 3/1997 | Poehlmann | D8/99 |
| 5,769,094 A | 6/1998 | Jenkins, Jr. | 30/161 |
| 5,826,340 A | 10/1998 | Hull | 30/161 |
| D410,187 S * | 5/1999 | Baloila | D8/99 |
| D411,091 S * | 6/1999 | Halligan | D8/99 |
| 5,909,930 A | 6/1999 | Ragland | 30/125 |
| D414,671 S * | 10/1999 | Halligan | D8/99 |
| 5,966,816 A | 10/1999 | Roberson | 30/156 |
| 5,979,059 A | 11/1999 | Leatherman | 30/161 |
| D422,871 S * | 4/2000 | Terzuola | D8/99 |
| 6,170,104 B1 | 1/2001 | Seber et al. | 7/128 |
| 6,170,158 B1 | 1/2001 | Daily | 30/161 |
| 6,256,887 B1 | 7/2001 | Osborne | 30/161 |
| 6,256,888 B1 | 7/2001 | Shuen | 30/161 |
| 6,263,581 B1 | 7/2001 | Forte | 30/332 |
| 6,354,007 B1 | 3/2002 | Scarla | 30/156 |
| 6,370,778 B1 | 4/2002 | Conable | 30/161 |
| 6,487,740 B2 | 12/2002 | Seber | 7/128 |

* cited by examiner

Case 2:07-cv-04265-TCP-ETB   Document 1-3   Filed 10/12/07   Page 3 of 42 PageID #: 3



FIG.1



FIG.2



FIG.3

     

FIG.4          FIG.5



FIG.6



FIG.7

Case 2:07-cv-04265-TCP-ETB   Document 1-3   Filed 10/12/07   Page 6 of 42 PageID #: 6



FIG.8



FIG.9

Case 2:07-cv-04265-TCP-ETB   Document 1-3   Filed 10/12/07   Page 7 of 42 PageID #: 7



FIG.10

**U.S. Patent**          Sep. 14, 2004          Sheet 6 of 8          US D495,939 S



## FIG.11



## FIG.12

     

## FIG.13          FIG.14

Case 2:07-cv-04265-TCP-ETB   Document 1-3   Filed 10/12/07   Page 9 of 42 PageID #: 9



**FIG.15**



**FIG.16**



# FIG.17



# FIG.18

US00D501782S

(12) **United States Design Patent**    (10) Patent No.:    **US D501,782 S**
Ping                                     (45) Date of Patent:    **  Feb. 15, 2005**

(54) **UTILITY KNIFE**

(75) Inventor: **Qiu Jian Ping**, Hangzhou (CN)

(73) Assignee: **Great Neck Saw Manufacturers, Inc.,** Mineola, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/196,601**

(22) Filed: **Dec. 31, 2003**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 29/181,557, filed on May 13, 2003, now Pat. No. Des. 495,939.

(51) LOC (7) Cl. .................................... **08-03**
(52) U.S. Cl. ............................................. **D8/99**
(58) Field of Search ............................ D8/98, 99, 105; 30/154, 155, 156, 157, 158, 159, 160, 161, 162, 330

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 97,154 A | 11/1869 | Barnard |
| 493,075 A | 3/1893 | Evertz |
| 515,045 A | 2/1894 | Bultzingslowen |
| 584,077 A | 6/1897 | Jackson |
| 596,096 A | 12/1897 | Watts |
| 988,068 A | 3/1911 | Beardsley |
| 1,362,124 A | 12/1920 | Rohrer |
| 1,444,324 A | 2/1923 | Brooks |
| 1,706,251 A | 3/1929 | Perry |
| 2,134,973 A | 11/1938 | Harwell |
| 2,265,775 A | 12/1941 | McNamara |
| 2,284,128 A | 5/1942 | Bush |
| 2,523,575 A | 9/1950 | Kassel |
| 2,914,850 A | 12/1959 | Kuhnl |
| 2,980,996 A | 4/1961 | Beran |
| 3,306,297 A | 2/1967 | Voorhees |
| 3,568,315 A | 3/1971 | Smith |
| 4,017,969 A | 4/1977 | Stonebraker |
| 4,040,181 A | 8/1977 | Johnson |
| 4,261,104 A | 4/1981 | Cuscovitch |

| | | |
|---|---|---|
| 4,347,665 A | 9/1982 | Glesser |
| 4,442,600 A | 4/1984 | Felix-Salichow |
| 4,570,341 A | 2/1986 | Konneker |
| 4,604,805 A | 8/1986 | Krieger |
| 4,665,615 A | 5/1987 | Martinez |
| 4,669,188 A | 6/1987 | Evrell |
| 4,719,700 A | 1/1988 | Taylor, Jr. |
| 4,805,303 A | 2/1989 | Gibbs |
| 4,811,486 A | 3/1989 | Cunningham |
| 4,920,644 A | 5/1990 | La Gattuta |
| 4,936,014 A | 6/1990 | Shaanan et al. |
| 5,044,079 A | 9/1991 | Gibbs |
| 5,095,624 A | 3/1992 | Ennis |
| 5,125,157 A | 6/1992 | Howard |
| 5,400,509 A | 3/1995 | Collins |
| 5,511,310 A | 4/1996 | Sessions |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

CN     02-2-88379.7     12/2002

*Primary Examiner*—Philip S. Hyder
(74) *Attorney, Agent, or Firm*—Joseph J. Previto

(57)    **CLAIM**

The ornamental design for a utility knife, as shown and described.

### DESCRIPTION

FIG. **1** is a perspective view of my new design showing it in an unfolded position.
FIG. **2** is a top view thereof.
FIG. **3** is a side view thereof.
FIG. **4** is a front view thereof.
FIG. **5** is a rear view thereof.
FIG. **6** is a bottom view thereof.
FIG. **7** is another side view thereof.
FIG. **8** is a side view thereof showing it in a partially folded position; and,
FIG. **9** is a side view thereof showing it in a folded position. The broken line showing of the blade is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



Exhibit D

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D373,062 S | * | 8/1996 | Neron ........................... | D8/99 |
| 5,769,094 A | | 6/1998 | Jenkins, Jr. | |
| 5,826,340 A | | 10/1998 | Hull | |
| 5,909,930 A | | 6/1999 | Ragland | |
| 5,966,816 A | | 10/1999 | Roberson | |
| 5,979,059 A | | 11/1999 | Leatherman | |
| D422,479 S | * | 4/2000 | Pardue ........................... | D8/99 |
| 6,170,104 B1 | | 1/2001 | Seber | |
| 6,170,158 B1 | | 1/2001 | Daily | |
| D437,767 S | * | 2/2001 | Van Deursen ............... | D8/99 |
| 6,256,887 B1 | | 7/2001 | Osborne | |
| 6,256,888 B1 | | 7/2001 | Shuen | |
| 6,263,581 B1 | | 7/2001 | Forte | |
| 6,354,007 B1 | | 3/2002 | Scarla | |
| 6,370,778 B1 | | 4/2002 | Conable | |
| 6,487,740 B2 | | 12/2002 | Seber | |
| D474,669 S | * | 5/2003 | Onion ........................... | D8/99 |
| D494,437 S | * | 8/2004 | Scarla ........................... | D8/99 |
| D495,939 S | * | 9/2004 | Ping ........................... | D8/99 |
| 2002/0059730 A1 | | 5/2002 | Flavigny | |

* cited by examiner



FIG.1

Case 2:07-cv-04265-TCP-ETB   Document 1-3   Filed 10/12/07   Page 14 of 42 PageID #: 14



FIG.2



FIG.3

     

FIG.4                    FIG.5



FIG.6



FIG.7



# FIG.8



# FIG.9

(12) **United States Design Patent**      (10) Patent No.:     **US D510,250 S**
Ping                                          (45) Date of Patent:    ** Oct. 4, 2005

(54) **UTILITY KNIFE**

(75) Inventor:   Qiu Jian Ping, Hangzhou (CN)

(73) Assignee:   Great Neck Saw Manufacturers, Inc., Mineola, NY (US)

(**) Term:     14 Years

(21) Appl. No.: 29/203,849

(22) Filed:    **Apr. 20, 2004**

**Related U.S. Application Data**

(62) Division of application No. 29/181,557, filed on May 13, 2003, now Pat. No. Des. 495,939.

(30)        **Foreign Application Priority Data**

Dec. 10, 2002   (CN) ........................................ 02288379 U

(51) LOC (8) Cl. ..................................................... **08-03**
(52) U.S. Cl. ..................................................... **D8/99**
(58) Field of Search ...........................…..... D8/98, 99, 105, D8/107; 30/153, 154, 155, 156, 157, 158, 159, 160, 161, 162

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 97,154 A | 11/1869 | Barnard |
| 493,075 A | 3/1893 | Evertz |
| 515,045 A | 2/1894 | Bultzingslowen |
| 584,077 A | 6/1897 | Jackson |
| 596,096 A | 12/1897 | Watts |
| 988,068 A | 3/1911 | Beardsley |
| 1,362,142 A | 12/1920 | Rohrer |
| 1,444,324 A | 2/1923 | Brooks |
| 1,706,251 A | 3/1929 | Perry |
| 1,750,517 A | 3/1930 | DeBracht |
| 1,750,577 A | 3/1930 | DeBracht |
| 2,134,973 A | 11/1938 | Harwell |
| 2,265,775 A | 12/1941 | McNamara |
| 2,284,128 A | 5/1942 | Bush |
| 2,523,575 A | 9/1950 | Kassel |
| 2,914,850 A | 12/1959 | Kuhnl |
| 2,980,996 A | 4/1961 | Beran |

| | | |
|---|---|---|
| 3,306,297 A | 2/1967 | Voorhees |
| 3,568,315 A | 3/1971 | Smith |
| 3,593,417 A | 7/1971 | West |
| 3,872,591 A | 3/1975 | Quenot |
| 4,017,969 A | 4/1977 | Stonebraker ................. 30/156 |

. (Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 02-2-88379.7 | 12/2002 |
| CN | 200420008852.7 | 3/2004 |
| CN | 200420008854.6 | 3/2004 |
| CN | 200420020589.3 | 3/2004 |
| CN | 200420020590.6 | 3/2004 |
| CN | 200420020591.0 | 3/2004 |
| WO | WO 90086633 | 8/1990 |
| WO | WO90086633 | 8/1990 |

*Primary Examiner*—Philip S. Hyder
(74) *Attorney, Agent, or Firm*—Joseph J. Previto

(57)            **CLAIM**

The ornamental design of a utility knife, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a utility knife showing my new design, wherein the broken line showing of the blade holding mechanism is in the unfolded position.
FIG. 2 is a top view thereof.
FIG. 3 is a side view thereof.
FIG. 4 is a front view thereof.
FIG. 5 is a rear view thereof.
FIG. 6 is a bottom view thereof.
FIG. 7 is another side view thereof.
FIG. 8 is a side view thereof, wherein the broken line showing of the blade holding mechanism is in the partially folded position; and,
FIG. 9 is a side view thereof, wherein the broken line showing of the blade holding mechanism is in the folded position.
The broken line portions of the disclosure are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



Exhibit E

## US D510,250 S
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,040,181 A | | 8/1977 | Johnson | 30/161 |
| 4,261,104 A | | 4/1981 | Cuscovitch | |
| 4,347,665 A | | 9/1982 | Glesser | 30/161 |
| 4,442,600 A | | 4/1984 | Felix-Dalichow | 30/161 |
| 4,570,341 A | | 2/1986 | Konneker | 30/161 |
| 4,604,805 A | | 8/1986 | Krieger | 30/330 |
| 4,665,615 A | | 5/1987 | Martinez | |
| 4,669,188 A | | 6/1987 | Evrell | 30/161 |
| 4,719,700 A | | 1/1988 | Taylor, Jr. | 30/158 |
| 4,805,303 A | | 2/1989 | Gibbs | 30/161 |
| 4,811,486 A | | 3/1989 | Cunningham | 30/161 |
| 4,920,644 A | | 5/1990 | LaGattuta | |
| 4,936,014 A | | 6/1990 | Shaanan et al. | 30/162 |
| 5,044,079 A | | 9/1991 | Gibbs | 30/160 |
| 5,095,624 A | | 3/1992 | Ennis | 30/161 |
| 5,125,157 A | | 6/1992 | Howard | 30/123 |
| 5,400,509 A | | 3/1995 | Collins | 30/161 |
| 5,511,310 A | | 4/1996 | Sessions | 30/161 |
| D384,871 S | * | 10/1997 | McWillis | D8/99 |
| D389,389 S | * | 1/1998 | Glesser | D8/99 |
| D392,539 S | * | 3/1998 | Balolia | D8/99 |
| 5,769,094 A | | 6/1998 | Jenkins, Jr. | 30/161 |
| 5,815,927 A | | 10/1998 | Collins | |
| 5,826,340 A | | 10/1998 | Hull | 30/161 |
| D410,186 S | * | 5/1999 | Balolia | D8/99 |
| 5,909,930 A | | 6/1999 | Ragland | 30/125 |
| 5,966,816 A | | 10/1999 | Roberson | 30/156 |
| 5,979,059 A | | 11/1999 | Leatherman | 30/161 |
| D433,913 S | * | 11/2000 | Pardue | D8/99 |
| 6,170,104 B1 | | 1/2001 | Seber | 7/128 |
| 6,170,158 B1 | | 1/2001 | Daily | 30/161 |
| D438,443 S | * | 3/2001 | Keating | D8/99 |
| 6,256,887 B1 | | 7/2001 | Osborne | 30/161 |
| 6,256,888 B1 | | 7/2001 | Shuen | 30/161 |
| 6,263,581 B1 | | 7/2001 | Forte | |
| 6,354,007 B1 | | 3/2002 | Scarla | 30/156 |
| 6,370,778 B1 | | 4/2002 | Conable | 30/161 |
| 6,446,341 B1 | | 9/2002 | Wang | |
| 6,487,740 B2 | | 12/2002 | Seber | 30/128 |
| 6,574,868 B1 | | 6/2003 | Overholt | |
| 2002/0059730 A1 | | 5/2002 | Flavigny | |

* cited by examiner

**U.S. Patent**   Oct. 4, 2005   Sheet 1 of 4   US D510,250 S

# FIG. 1



Case 2:07-cv-04265-TCP-ETB   Document 1-3   Filed 10/12/07   Page 20 of 42 PageID #: 20

FIG. 2



FIG. 3



FIG. 4          FIG. 5

     

FIG. 6



FIG. 7



# FIG. 8



# FIG. 9





Exhibit F

US00D526877S

(12) **United States Design Patent**

Ping

(10) Patent No.:     **US D526,877 S**

(45) Date of Patent:     ** **Aug. 22, 2006**

(54) **FOLDING UTILITY KNIFE**

(75) Inventor:  **Qiu Jian Ping**, Hangzhou (CN)

(73) Assignee:  **Great Neck Saw Manufacturers, Inc.**, Mineola, NY (US)

(**) Term:  **14 Years**

(21) Appl. No.: **29/210,497**

(22) Filed:  **Aug. 2, 2004**

(30)     **Foreign Application Priority Data**

Mar. 19, 2004    (CN) .................................... 2004200088546

(51) LOC (8) Cl. .................................................. **08-03**
(52) U.S. Cl. ...................................................... **D8/99**
(58) **Field of Classification Search** ................... D8/98, D8/99, 107; D22/117; 30/154, 155, 156, 30/157, 158, 159, 160, 161, 162, 330

See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 97,154 A | 11/1869 | Barnard |
| 493,075 A | 3/1893 | Evertz |
| 515,045 A | 2/1894 | Bultzingslowen |
| 584,077 A | 6/1897 | Jackson |
| 596,096 A | 12/1897 | Watts |
| 988,068 A | 3/1911 | Beardsley |
| 1,362,142 A | 12/1920 | Rohrer |
| 1,444,324 A | 2/1923 | Brooks |
| 1,706,251 A | 3/1929 | Perry |
| 1,750,577 A | 3/1930 | DeBracht |
| 2,134,973 A | 11/1938 | Harwell |
| 2,265,775 A | 12/1941 | McNamara |
| 2,284,128 A | 5/1942 | Bush |
| 2,523,575 A | 9/1950 | Kassel |
| 2,914,850 A | 12/1959 | Kuhnl |
| 2,980,996 A | 4/1961 | Beran |
| 3,306,297 A | 2/1967 | Voorhees |
| 3,568,315 A | 3/1971 | Smith |
| 3,593,417 A | 7/1971 | West |
| 3,872,591 A | 3/1975 | Quenot |
| 4,017,969 A | 4/1977 | Stonebraker |

| | | |
|---|---|---|
| 4,040,181 A | 8/1977 | Johnson |
| 4,261,104 A | 4/1981 | Cuscovitch |
| 4,347,665 A | 9/1982 | Glesser |
| 4,442,600 A | 4/1984 | Felix-Salichow |
| 4,570,341 A | 2/1986 | Konneker |
| 4,604,805 A | 8/1986 | Krieger |
| 4,665,615 A | 5/1987 | Martinez |
| 4,669,188 A | 6/1987 | Evrell |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 02-2-88379.7 | 12/2002 |
| CN | 200420008852.7 | 3/2004 |
| CN | 200420020589.3 | 3/2004 |
| CN | 200420020590.6 | 3/2004 |

*Primary Examiner*—Philip S. Hyder
(74) *Attorney, Agent, or Firm*—Joseph J. Previto

(57)     **CLAIM**

The ornamental design for a folding utility knife, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of my new design.

FIG. 2 is a top view thereof.

FIG. 3 is a side view thereof.

FIG. 4 is a front view thereof.

FIG. 5 is a rear view thereof.

FIG. 6 is a bottom view thereof.

FIG. 7 is another side view thereof.

FIG. 8 is a side view thereof showing it in a partially folded position; and,

FIG. 9 is a side view thereof showing it in a folded position.

The broken line showing the blade is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



Exhibit G

**US D526,877 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,719,700 A | 1/1988 | Taylor, Jr. |
| 4,805,303 A | 2/1989 | Gibbs |
| 4,811,486 A | 3/1989 | Cunningham |
| 4,920,644 A | 5/1990 | LaGattuta |
| 4,936,014 A | 6/1990 | Shaanan et al. |
| 5,044,079 A | 9/1991 | Gibbs |
| 5,095,624 A | 3/1992 | Ennis |
| 5,125,157 A | 6/1992 | Howard |
| 5,400,509 A | 3/1995 | Collins |
| 5,511,310 A | 4/1996 | Sessions |
| 5,769,094 A * | 6/1998 | Jenkins et al. ................ 30/161 |
| 5,815,927 A | 10/1998 | Collins |
| 5,826,340 A | 10/1998 | Hull |
| 5,909,930 A | 6/1999 | Ragland |
| 5,966,816 A | 10/1999 | Roberson |
| 5,979,059 A | 11/1999 | Leatherman |
| 6,170,104 B1 | 1/2001 | Seber |
| 6,170,158 B1 | 1/2001 | Daily |
| 6,256,887 B1 | 7/2001 | Osborne |
| 6,256,888 B1 | 7/2001 | Shuen |

| | | | |
|---|---|---|---|
| 6,263,581 B1 | 7/2001 | Forte | |
| 6,354,007 B1 * | 3/2002 | Scarla ......................... | 30/156 |
| 6,370,778 B1 | 4/2002 | Conable | |
| 6,446,341 B1 | 9/2002 | Wang | |
| 6,487,740 B1 | 12/2002 | Seber | |
| D474,669 S * | 5/2003 | Onion ......................... | D8/99 |
| 6,574,868 B1 * | 6/2003 | Overholt ...................... | 30/155 |
| 6,688,003 B1 | 2/2004 | Scarla | |
| D494,437 S * | 8/2004 | Scarla ......................... | D8/99 |
| D495,939 S * | 9/2004 | Ping ........................... | D8/99 |
| D501,782 S * | 2/2005 | Ping ........................... | D8/99 |
| 2002/0059730 A1 | 5/2002 | Flavigny | |
| 2004/0020057 A1 | 2/2004 | Hughes | |
| 2004/0045171 A1 | 3/2004 | Moizis | |
| 2004/0103541 A1 | 6/2004 | Scarla | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 200420020591.0 | 3/2004 |
| WO | WO90086633 | 8/1990 |

* cited by examiner

**U.S. Patent**     Aug. 22, 2006     Sheet 1 of 4     **US D526,877 S**



# FIG.1

Case 2:07-cv-04265-TCP-ETB   Document 1-3   Filed 10/12/07   Page 27 of 42 PageID #: 27



# FIG.2



# FIG.3

   

# FIG.4    FIG.5



FIG.6



FIG.7



FIG.8



FIG.9

US00D528894S

(12) **United States Design Patent** (10) Patent No.: **US D528,894 S**

Ping (45) Date of Patent: ** **Sep. 26, 2006**

(54) **FOLDABLE KNIFE HANDLE**

(75) Inventor: **Qiu Jian Ping**, Hangzhou (CN)

(73) Assignee: **Great Neck Saw Manufacturers, Inc.,** Mineola, NY (US)

(*) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/214,230**

(22) Filed: **Sep. 29, 2004**

(51) LOC (8) Cl. .................................................. **08-03**

(52) U.S. Cl. ..................................................... **D8/99**

(58) Field of Classification Search .............. D8/98, D8/99, 100, 105, 107; 30/155, 156, 157, 30/158, 159, 160, 161, 162, 330

See application file for complete search history.

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 97,154 A | 11/1869 | Barnard |
| 493,075 A | 3/1893 | Evertz |
| 515,045 A | 2/1894 | Bultzingslowen |
| 584,077 A | 6/1897 | Jackson |
| 596,096 A | 12/1897 | Watts |
| 988,068 A | 3/1911 | Beardsley |
| 1,362,142 A | 12/1920 | Rohrer |
| 1,444,324 A | 2/1923 | Brooks |
| 1,706,251 A | 3/1929 | Perry |
| 1,750,517 A | 3/1930 | DeBracht |
| 1,750,577 A | 3/1930 | DeBracht |
| 2,134,973 A | 11/1938 | Harwell |
| 2,265,775 A | 12/1941 | McNamara |
| 2,284,128 A | 5/1942 | Bush |
| 2,523,575 A | 9/1950 | Kassel |
| 2,914,850 A | 12/1959 | Kuhnl |
| 2,980,996 A | 4/1961 | Beran |
| 3,306,297 A | 2/1967 | Voorhees |
| 3,568,315 A | 3/1971 | Smith |
| 3,593,417 A | 7/1971 | West |
| 3,872,591 A | 3/1975 | Quenot |
| 4,017,969 A | 4/1977 | Stonebraker |

| | | |
|---|---|---|
| 4,040,181 A | 8/1977 | Johnson |
| 4,261,104 A | 4/1981 | Cuscovitch |
| 4,347,665 A | 9/1982 | Glesser |
| 4,442,600 A | 4/1984 | Felix-Salichow |
| 4,570,341 A | 2/1986 | Konneker |
| 4,604,805 A | 8/1986 | Krieger |
| 4,665,615 A | 5/1987 | Martinez |

(Continued)

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| CN | 02-2-88379.7 | 12/2002 |
| CN | 200420008852.7 | 3/2004 |
| CN | 200420008854.6 | 3/2004 |
| CN | 200420020589.3 | 3/2004 |
| CN | 200420020590.6 | 3/2004 |
| CN | 200420020591.0 | 3/2004 |
| WO | WO90086633 | 8/1990 |

*Primary Examiner*—Philip S. Hyder

(74) *Attorney, Agent, or Firm*—Joseph J. Previto

(57) **CLAIM**

The ornamental design of a foldable knife handle, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of my new design.

FIG. 2 is a top view thereof.

FIG. 3 is a side view thereof.

FIG. 4 is a front view thereof.

FIG. 5 is a rear view thereof.

FIG. 6 is a bottom view thereof.

FIG. 7 is another side view thereof.

FIG. 8 is a side view of the foldable knife handle with the broken line showing the blade holder apparatus in a partially folded position; and,

FIG. 9 is a side view of the foldable knife handle with the broken line showing the blade holder apparatus in a fully foldable position.

The broken lines showing the blade holder apparatus is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



Exhibit H

## US D528,894 S
### Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,669,188 A | | 6/1987 | Evrell | |
| 4,719,700 A | | 1/1988 | Taylor, Jr. | |
| 4,805,303 A | | 2/1989 | Gibbs | |
| 4,811,486 A | | 3/1989 | Cunningham | |
| 4,920,644 A | | 5/1990 | LaGattuta | |
| 4,936,014 A | | 6/1990 | Shaanan et al. | |
| 5,044,079 A | | 9/1991 | Gibbs | |
| 5,060,379 A | * | 10/1991 | Neely | 30/161 |
| 5,095,624 A | | 3/1992 | Ennis | |
| 5,125,157 A | | 6/1992 | Howard | |
| 5,400,509 A | | 3/1995 | Collins | |
| 5,511,310 A | | 4/1996 | Sessions | |
| D385,173 S | * | 10/1997 | McWillis | D8/99 |
| 5,769,094 A | | 6/1998 | Jenkins, Jr. | |
| 5,815,927 A | | 10/1998 | Collins | |
| 5,826,340 A | | 10/1998 | Hull | |
| 5,909,930 A | | 6/1999 | Ragland | |
| D412,275 S | * | 7/1999 | Collins | D8/99 |
| 5,966,816 A | | 10/1999 | Roberson | |
| 5,979,059 A | | 11/1999 | Leatherman | |

| | | | | |
|---|---|---|---|---|
| 5,983,506 A | * | 11/1999 | Glesser | 30/340 |
| D436,014 S | * | 1/2001 | Glesser | D8/99 |
| 6,170,104 B1 | | 1/2001 | Seber | |
| 6,170,158 B1 | | 1/2001 | Daily | |
| 6,256,887 B1 | | 7/2001 | Osborne | |
| 6,256,888 B1 | | 7/2001 | Shuen | |
| 6,263,581 B1 | | 7/2001 | Forte | |
| 6,354,007 B1 | | 3/2002 | Scarla | |
| 6,370,778 B1 | | 4/2002 | Conable | |
| 6,446,341 B1 | | 9/2002 | Wang | |
| 6,487,740 B1 | | 12/2002 | Seber | |
| 6,574,868 B1 | | 6/2003 | Overholt | |
| 6,688,003 B1 | | 2/2004 | Scarla | |
| D494,437 S | * | 8/2004 | Scarla | D8/99 |
| D495,939 S | | 9/2004 | Ping | |
| 2002/0059730 A1 | | 5/2002 | Flavigny | |
| 2004/0020057 A1 | | 2/2004 | Hughes | |
| 2004/0020058 A1 | * | 2/2004 | Vallotton | 30/160 |
| 2004/0045171 A1 | | 3/2004 | Moizis | |
| 2004/0103541 A1 | | 6/2004 | Scarla | |

* cited by examiner

**U.S. Patent**       Sep. 26, 2006       Sheet 1 of 4       **US D528,894 S**



# FIG.1



FIG. 2



FIG.3





FIG.4          FIG.5

**U.S. Patent**        Sep. 26, 2006        Sheet 3 of 4        US D528,894 S



# FIG.6



# FIG.7

Case 2:07-cv-04265-TCP-ETB   Document 1-3   Filed 10/12/07   Page 35 of 42 PageID #: 35



## FIG.8



## FIG.9

US00D543822S

(12) **United States Design Patent**     (10) Patent No.:     **US D543,822 S**

Ping     (45) **Date of Patent:**     **\*\*     Jun. 5, 2007**

(54) **FOLDING UTILITY KNIFE**

(75) Inventor:   **Qiu Jian Ping**, Hangzhou (CN)

(73) Assignee:   **Great Neck Saw Manufacturers, Inc.,**
**Mineola, NY (US)**

(\*\*) Term:   **14 Years**

(21) Appl. No.: **29/244,309**

(22) Filed:   **Dec. 7, 2005**

**Related U.S. Application Data**

(62) Division of application No. 29/210,497, filed on Aug. 2, 2004, now Pat. No. Des. 526,877.

(30)   **Foreign Application Priority Data**

Mar. 19, 2004   (CN) .................................. 2004-20008854

(51) **LOC (8) Cl.** ................................................... **08-03**
(52) **U.S. Cl.** ........................................................ **D8/99**
(58) **Field of Classification Search** .................. D8/98,
D8/99, 107; D22/117; 30/154, 155, 156, 30/157, 158, 159, 160, 161, 162, 330
See application file for complete search history.

(56)   **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 97,154 | A | 11/1869 | Barnard |
| 493,075 | A | 3/1893 | Evertz |
| 515,045 | A | 2/1894 | Bultzingslowen |
| 584,077 | A | 6/1897 | Jackson |
| 596,096 | A | 12/1897 | Watts |
| 988,068 | A | 3/1911 | Beardsley |
| 1,362,142 | A | 12/1920 | Rohrer |
| 1,444,324 | A | 2/1923 | Brooks |
| 1,706,251 | A | 3/1929 | Perry |
| 1,750,577 | A | 3/1930 | De Bracht |
| 2,134,973 | A | 11/1938 | Harwell |
| 2,265,775 | A | 12/1941 | McNamara |
| 2,284,128 | A | 5/1942 | Bush |
| 2,523,575 | A | 9/1950 | Kassel |
| 2,914,850 | A | 12/1959 | Kuhnl |
| 2,980,996 | A | 4/1961 | Beran |
| 3,306,297 | A | 2/1967 | Woorhees |
| 3,568,315 | A | 3/1971 | Smith |
| 3,593,417 | A | 7/1971 | West |
| 3,872,591 | A | 3/1975 | Quenot |
| 4,017,969 | A | 4/1977 | Stnebraker |
| 4,040,181 | A | 8/1977 | Johnson |
| 4,261,104 | A | 4/1981 | Cuscovitch |
| 4,347,665 | A | 9/1982 | Glesser |
| 4,442,600 | A | 4/1984 | Felix-Salichow |
| 4,570,341 | A | 2/1986 | Konneker |
| 4,604,805 | A | 8/1986 | Krieger |
| 4,665,615 | A | 5/1987 | Martinez |
| 4,669,188 | A | 6/1987 | Evrell |
| 4,719,700 | A | 1/1988 | Taylor, Jr. |
| 4,805,303 | A | 2/1989 | Gibbs |
| 4,811,486 | A | 3/1989 | Cunningham |
| 4,920,644 | A | 5/1990 | La Gattuta |
| 4,936,014 | A | 6/1990 | Shaanan et al. |
| 5,044,079 | A | 9/1991 | Gibbs |

(Continued)

*Primary Examiner*—Philip S. Hyder
(74) *Attorney, Agent, or Firm*—Joseph J. Previto

(57)     **CLAIM**

The ornamental design for a folding utility knife, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of my new design.
FIG. 2 is a top view thereof.
FIG. 3 is a side view thereof.
FIG. 4 is a front view thereof.
FIG. 5 is a rear view thereof.
FIG. 6 is a bottom view thereof.
FIG. 7 is another side view thereof.
FIG. 8 is a side view thereof showing it in a partially folded position; and,
FIG. 9 is a side view thereof showing it in a folded position. The broken line showing the blade is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**



Exhibit I

## US D543,822 S
### Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,095,624 A | 3/1992 | Ennis |
| 5,125,157 A | 6/1992 | Howard |
| 5,400,509 A | 3/1995 | Collins |
| 5,511,310 A | 4/1996 | Sessions |
| 5,769,094 A | 6/1998 | Jenkins, Jr. |
| 5,815,927 A | 10/1998 | Collins |
| 5,826,340 A | 10/1998 | Hull |
| 5,966,816 A | 10/1999 | Roberson |
| 5,979,059 A | 11/1999 | Leatherman |
| 6,170,104 B1 | 1/2001 | Seber |
| 6,170,158 B1 | 1/2001 | Daily |
| 6,256,887 B1 | 7/2001 | Osborne |
| 6,256,888 B1 | 7/2001 | Shuen |
| 6,263,581 B1 | 7/2001 | Forte |
| 6,354,007 B1 | 3/2002 | Scarla |
| 6,370,778 B1 | 4/2002 | Conable |
| 6,446,341 B1 | 9/2002 | Wang |
| 6,487,740 B2 | 12/2002 | Seber |
| D474,669 S | 5/2003 | Onion |
| 6,574,868 B1 | 6/2003 | Overholt |
| 6,688,003 B2 | 2/2004 | Scarla |
| D494,437 S | 8/2004 | Scarla |
| D495,939 S | 9/2004 | Ping |
| D501,782 S | 2/2005 | Ping |
| 6,915,577 B2 | 7/2005 | Scarla |
| D510,250 S | 10/2005 | Ping |
| 6,968,622 B2 | 11/2005 | Ping |
| 2002/0059730 A1 | 5/2002 | Flavigny |
| 2004/0020057 A1 | 2/2004 | Hughes |
| 2004/0045171 A1 | 3/2004 | Moizis |
| 2004/0103541 A1 | 6/2004 | Scarla |



FIG.1



## FIG.2



## FIG.3





## FIG.4          FIG.5



FIG.6



FIG.7



FIG.8

FIG.9

Int. Cl.: 8

Prior U.S. Cls.: 23, 28, and 44

**United States Patent and Trademark Office**

Reg. No. 2,980,151
Registered July 26, 2005

## TRADEMARK
### SUPPLEMENTAL REGISTER

# LOCK BACK

GREAT NECK SAW MANUFACTURERS, INC.
(NEW YORK CORPORATION)
165 EAST SECOND STREET
MINEOLA, NY 11501

FOR: FOLDING UTILITY KNIFE, FOLDING CARPET KNIFE, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 11-1-2003; IN COMMERCE 11-1-2003.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-586,896, FILED P.R. 4-15-2004; AM. S.R. 5-16-2005.

SUSAN STIGLITZ, EXAMINING ATTORNEY

*Exhibit J*