UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREAT NECK SAW MANUFACTURERS, INC.,

                              Plaintiff(s),       REPORT AND RECOMMENDATION

      -against-                                      CV 07-4265 (TCP) (ETB)

METRO, CREMO & SONS, INC.,

                              Defendant(s).
-------------------------------------------------------------------X

TO THE HONORABLE THOMAS C. PLATT, United States District Judge:

The defendant, Metro, Cremo & Sons, Inc., filed for bankruptcy protection on May 19, 2008 in the Middle District of Pennsylvania. The case remains pending there.

## RECOMMENDATION

That this action be placed on the court inactive docket and closed administratively, with leave to any party to restore this action to the court's active docket upon completion of the bankruptcy proceeding.

## OBJECTIONS TO THIS REPORT AND RECOMMENDATION

Any written objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of service of this Report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 72(b). Failure to file objections within fourteen (14) days will preclude further appellate review. Thomas v. Arn, 474 U.S. 140, 145 (1985); IUE AFL-CIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 299-300 (2d Cir. 1992).

Dated: Central Islip, New York
December 7, 2010

                                           /s/ E. Thomas Boyle
                                           E. THOMAS BOYLE
                                           United States Magistrate Judge