UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREAT NECK SAW MANUFACTURERS, INC.,

                            Plaintiff,

                                                                              **ORDER**
   -against-                                                               07-CV-4265 (TCP)

METRO, CREMO & SONS, INC.,

                            Defendant.
-------------------------------------------------------------------X
PLATT, District Judge.

       Before the Court is Magistrate Judge E. Thomas Boyle's Report and Recommendation dated December 7, 2010. DE 20. The Report recommends that the above captioned case be placed on the Court's inactive docket and administratively closed with leave to any party to restore this action to the Court's active docket upon completion of the bankruptcy proceeding.

       There having been no objections filed and the time for objections having passed, Magistrate Judge Boyle's Report and Recommendation is hereby adopted. The Clerk of the Court is directed to administratively close this case and remove it from the Court's active docket. Upon completion of the bankruptcy proceeding, either party may move to reopen this case.

**SO ORDERED.**

Dated: March 11, 2011
       Central Islip, New York

                                                                                           Thomas C. Platt, U.S.D.J.